IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hayes, Brenda | Case Number: 08 B 33759 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 03/10/09 | Filed: 12/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 27, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 2. | HSBC Taxpayer Financial Services | Unsecured | 1,469.58 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 550.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 389.98 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 5,761.16 | 0.00 |
| 6. | Overland Bond & Investment Corp | Unsecured | 6,495.03 | 0.00 |
| 7. | Northern Indiana Public Ser | Unsecured | 1,526.75 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 536.68 | 0.00 |
| 9. | T Mobile USA | Unsecured | 220.65 | 0.00 |
| | | | $ 16,949.83 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

